UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK BECKERMAN

_____

_____

(Enter above the full name of
plaintiff in this action)

v.

DON BAILEY
& PARTNERS, SHERRI
COOVER, D. GOLDHABER

_____

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:15-CV-2045
(to be supplied by Clerk
of the District Court)

**FILED**
HARRISBURG, PA

OCT 20 2015

MARIA E. ELKINS, CLERK
Per_____

COMPLAINT

1. The plaintiff MARK BECKERMAN a citizen of the County of ISRAEL & RESIDENT US. State of Pennsylvania, residing at 19. S. 4TH ST. HBG. PA. 17101

wishes to file a complaint under _____
(give Title No. etc.)

_____

2. The defendant is DON BAILEY AT. AL.

_____

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) DOCUMENTS ATTACH

3. (CONTINUED) THE FILES ARE PROOVE. I AM DEAF FROM 6 BRAIN SURGERY LOOK AT 2 PAGE LETTER I GOT FROM DON BAILEY & PARTNERS. DIDNT KNOW I WAS BEING SUIT UNTILL. BAILY FROZE MY ACC. & GOT $22,000 WAS NEVER SERVED NOTICE I WAS SUIT. DIDNT KNOW WHY. HE HAD $20,000 RETAINER & BORROWED $11,500 GAVE ME BUM CHECK. I DROPPED HIM SO HE SUIT ME FOLLOWING YEAR. NEVER GOT STATMENT WITH $20,000. GOT INTO MORE TROUBLE HE SUIT SUSQ. TOWEN SHIP & NEIGBOR MIKE PETERS.

4. WHEREFORE, plaintiff prays that HIS LAW SUIT MAD MY LIFE HARD. POLICE WOULDNT PROTECT ME & MY PUPPIES ONE GOT KILLED. WAS GETTING ATTECKED. DIDNT KNOW HE WAS SUING NEIGBOR. DOGS DOGS ATTACKING ME & PUPPIES HAD TO SALE MY HOUSE. JUST SO I CAN WALK & BE SAFE POLICE TOLD ME ITS BAILEY LAW SUIT. WENT TO COURT. FEW YRS AGO GOT LETTER FROM JUDGE BRATTON. HIS CLERCK TOLD ME JUDGE BRATTON. SYING LAW SUIT WAS FRAUD ON THE COURT CASE WILL NEVER CLOSE
HE SUIT ME ME AGAIN
FOR THE DOGS.

_____
(Signature of Plaintiff)

3RD CKT COURT OF APPEAL
SEND ME LETTER. ABOUT BAILEY 10 FRICOLOUS LAW SUITS ON TOWEN SHIPS IN PA. I HAD TO PAY BACK ATT FEE TO MY NEIGHBOR WITH THE DOGS.

BAILEY HAD $20,000 RETAINER $$11,500 HE BORROWED. NEVER GOT STATMENT. GOT UPSET I ASKED FOR $11,500. & FILED LAW SUIT. GAVE ME BUM CHECK. DIDN'T KNOW I WAS SUIT. FROZE MY ACC. GOT $22,000. JUDGE BRATTON CALLES IT FRAUD. DIDN'T KNOW WHY HE SUIT. NEVER EXPLAINED THE $20,000 DIDN'T KNOW ITS A GIFT.

F.B.I. HAS COPY OF LETTER FROM BAILEY OCT 2006. GOLDHABER IDEA. HE SUIT ME AGAIN FOR DOGS., FED JUDGES WHER RIGHT ATT-GEN. STATE POLICE. TOLD F.B.I. SUPERVISOR 2012 DAUPHIN CO. WOULDN'T DO A THING FOR ME. STATE POLICE INVESTIGATOR TROOPER CROUSE SEND ME TO DAUPHIN CO. & DICPLINARY BOARD THEY WOULDN'T EITHER

DEPORTATION DID GREAT DAMAGE LOST EVERY THING TO IMMIGRATION ATT. DAN PELL. BLACK MAILED ME ON FOOD STAMPS OVER 6 YRS LOST MY HOME. DEPORTATION WAS A SCAM F.B.I. TOLD ME

BAILEY SUIT 7 FED. JUDGES. THE GOV. THORNBURG. A.H. GEN & HIS LAW SUITS OVER THE DOGS ME TO OVER THE DOGS.

GOT LETTER FROM 3RD CKT COURT OF APPEAL HE SUIT 10 TOWENSHIPS. FRIVELOUSE LAW SUIT. I HAD TO PAY ATT. FEE. FOR ONE OF HIS LAW SUITS. SUIT SUSQ. TOWENSHIP HAD TO SELL MY HOUSE. BORROWED $11,500 GAVE ME BUM CHECK. HOW DID HE GET $22,000 OUT OF MY ACC. BEFOR WE WENT TO COURT FOR THE $22,000 THE THREAT LETTER AS BIZZAR AS HE & GOLDHABER ARE. HIS ATT. WAS MY ATT. SHERRI COOVER HIS PARTNER

DAUPHIN CO. GIVING ME HARD TIME SINCE U.S. ATT. TURNED LOTTERY CASE OVER TO F.B.I. LAST YEAR

HAVE TROUBLE WITH LANDLORD HE IS ARAB I AM ISRAELI. THEY WONT GIVE ME FILES OR DO ANY THING

HOW COULD BAILEY GET $22,000 BEFOR HE SUIT ME.

NEVER GOT NOTICE I AM SUIT. OR WHY.

NEVER AXPLAINED THE $20,000 RETAINER.

IN COURT HIS ATT. WAS MY ATT. SHERI COOVER HIS PARTNER 585-3954

PICK UP MEDS.

JUDGE CALDWELL DISMISED THE SUIT DIDN'T KNOW HE WAS SUING THE TOWNSHIP. READING THE LETTER IS BIZZAR. WENT TO SEE IMMIGRATION ATT. DAN PELL OF YORK YOU READ HIS LETTER. GOING TO GET DEPORTED PELL TOOK ADVANTAG HE FOUND OUT ABOUT THE LOTTERY. I AM GETTING DEPORTED I END UP LOOSING EVERYTHING. BAILEY WOULDN'T TURN MY FILES OVER. TOOK SUPREME COURT 4 MONTHS TO GET MY FILES. SAW FEW GOOD LAW FIRMS. THEY NEEDED MY FILES. I END UP WITH ERIC WEINER. HE JUST GOT OUT OF FED. PRISON. WE HAD HEARING NOV. 25. 2007 I COULD HAD A GOOD ATT. IF BAILEY TURNED MY FILES OVER. ERIC WEINER DIED. THE IMMIGATION ATT. DAN PELL CONED ME LOST MY HOUSE MONEY & LOTTERY LAST YEAR. U.S. ATT. TURNED LOTTERY CASE OVER TO F.B.I. I TALKED TO THE AGENT STILL WORKING ON THE CASE. STRUGLING WITH MY HEARING & BRAIN DAMAGE FOR YRS. LIVING IN LITTLE ROOM FOR OVER 6 YRS. IMMIGRATION LAWYER CONED ME OUT OF EVERY THING. BAILEY LAW SUITS & LETTERS. IS THE REASON F.B.I. IS INVESTIGATING LOTTERY DEAL WAS FRAUD. THE DAMAGE & MONEY LOSE TO BAILEY IS THE REASON. THE LETTER FROM 3RD CRT COURT OF APPEAL. SAYS. IT. JUDGE BRATTON HEARING BAILEY ATT. WAS SHERRI COVER MY ATT. SHE FILED APPEAL WHEN JUDGE CALDWELL DISMISED BAILEY LAW SUIT. GOLDHABER WAS HELPING. I PRAY I COULD GET A FARE HEARING. ON JUDGE BRATTON HEARING. HE CALL IT FRAUD. ON S.S.I. FOR 6 YRS & FOOD STAMPS.